## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 13-cr-00069-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL JAMES TURNOCK,

      Defendant.

---

## PRELIMINARY ORDER FOR FORFEITURE MONEY JUDGMENT

---

This matter is before the Court on the United States' Motion for Preliminary Order for Forfeiture Money Judgment (Doc. # 17), pursuant to Fed. R. Crim. P. 32.2(b). The Court having read said Motion and being fully advised in the premises finds:

On February 14, 2013, an Information was filed which charged defendant Michael James Turnock in Counts One and Two with violations of 18 U.S.C. § 1341, and 18 U.S.C. § 1956(a)(1)(A)(i). The Information also sought forfeiture in the form of a money judgment against defendant Michael James Turnock pursuant U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of $4,168,145.91. (Doc. 1).

On March 4, 2013, the United States and defendant Michael James Turnock entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture money judgment under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 13).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $4,168,145.91 is subject to forfeiture as proceeds obtained by defendant Michael James Turnock through commission of the offense in Count One for which he has pleaded guilty.

THAT a Forfeiture Money Judgment against defendant Michael James Turnock in the amount of $4,168,145.91 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

SO ORDERED this   7th   day of May, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge